SARAH H. ZWEIG, petitioner-appellant,

*v.*

BENJAMIN ZWEIG, defendant-respondent.

[Submitted May 26th, 1934. Decided September 27th, 1934.]

*Mr. Anthony P. La Porla,* for the apellant.

*Mr. Isadore Glauberman,* for the respondent.

PER CURIAM.

This is the wife's appeal from an order of the court of chancery dated February 28th, 1934, denying her motion to strike out the husband's answer in a divorce case.

A careful examination of the record satisfies us that the motion was properly denied, and the order under review is affirmed, with costs.

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, JJ. 14.

*For reversal*—None.